UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES :
:
v. : CR 04-25T
:
EZEQUIEL MALDONADO :

**ORDER DENYING**
**APPLICATION TO PROCEED**
**WITHOUT PREPAYMENT OF FEES**

Before the court is Defendant's Application to Proceed without Prepayment of Fees and Affidavit (Document #33) (the "Application") pursuant to 28 U.S.C. § 1915. This matter has been referred to me for determination pursuant to 28 U.S.C. § 636(b)(1)(A)[1] and District of R.I. Local Rule 32(b).

Although Defendant has filed an affidavit pursuant to 28 U.S.C. § 1915(a)(1),[2] the document is incomplete. For example,

---

[1] 28 U.S.C. § 636(b)(1)(A) states that:

> [A] judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action. A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

28 U.S.C. § 636(b)(1)(A).

[2] Section 1915 provides, in relevant part:

> (a)(1) Subject to subsection (b), any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security

Defendant has failed to answer questions as to whether he has received money from certain listed sources or whether he owns any property, among others.[3] The affidavit is also unsigned. Additionally, the copy of Defendant's trust fund account statement is not certified by an appropriate official at the prison in which Plaintiff is currently confined.

Accordingly, Defendant's Application is DENIED without prejudice. Defendant may refile his request to proceed in forma pauperis with a completed, signed affidavit and a certified copy of his prisoner trust fund account statement (or institutional equivalent) from the appropriate official at the prison where he is confined.

ENTER:

David L. Martin
United States Magistrate Judge
June 24, 2005

BY ORDER:

Deputy Clerk

---

> therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

28 U.S.C. § 1915(a)(1).

[3] Defendant has submitted only the first page of form AO 240, and he has not answered all questions on that page.